# ATTACHMENT "A"

```
ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona
CHRISTINA M. VEJAR
Assistant U.S. Attorney
State Bar No. 024795
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christina.vejar@usdoj.gov
Attorneys for Plaintiff
```

**FILED**

2018 AUG -8 PM 4:25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR 18 - 1583 TUC JGZ (BGM)

United States of America,

    Plaintiff,

vs.

1. [REDACTED]

2. [REDACTED]

3. Nestor Javier Padilla,
   Counts 1, 4-9, 11

4. Gladys Yolanda Martinez,
   Counts 1, 3, 11

5. [REDACTED]

6. Yesica Alvarez-Castillo,
   Counts 1, 12, 13

    Defendants.

I N D I C T M E N T

VIO: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Methamphetamine and Fentanyl)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi)
(Possession with Intent to Distribute Fentanyl)
Counts 4, 6, 8, 11

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
(Possession with Intent to Distribute Fentanyl)
Counts 2-3

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Counts 5, 7, 9, 10, 12, 15

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i)
(Possession with Intent to Distribute Heroin)
Count 13, 14

**SEALED**

1  THE GRAND JURY CHARGES:

2                                    **COUNT 1**

3      Beginning at a time unknown, to on or about January 9, 2018, at or near Tucson,
4  Nogales and Phoenix, in the District of Arizona, █████████████████████
5  ██████████ Nestor Javier Padilla, Gladys Yolanda Martinez, █████████
6  ██████████ and Yesica Alvarez-Castillo did knowingly and intentionally combine,
7  conspire, confederate and agree with persons known and unknown to the grand jury, to
8  possess with intent to distribute 400 grams or more of a mixture or substance containing a
9  detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21,
10 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); and 50 grams or more of
11 methamphetamine, or 500 grams or more of a mixture or substance containing a detectable
12 amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21,
13 United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).
14     All in violation of Title 21, United States Code, Section 846.

15                                   **COUNT 2**

16     On or about June 7, 2017, at or near Tucson, in the District of Arizona, █████████
17 ████████████████████████████████████████████████████████████ did
18 knowingly and intentionally possess with intent to distribute a quantity of a mixture or
19 substance containing a detectable amount of fentanyl, a Schedule II controlled substance,
20 in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

21                                   **COUNT 3**

22     On or about June 14, 2017, at or near Phoenix, in the District of Arizona, ████
23 ████████████████ and Gladys Yolanda Martinez, did knowingly and intentionally
24 possess with intent to distribute a quantity of a mixture or substance containing a detectable
25 amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United
26 States Code, Sections 841(a)(1) and 841(b)(1)(C).

27

28

*United States of America v.* ████████████
*Indictment Page 2 of 6*

## COUNT 4

On or about June 21, 2017, at or near Phoenix, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 75.5 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 5

On or about June 21, 2017, at or near Phoenix, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 55 grams of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT 6

On or about August 10, 2017, at or near Phoenix, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 101.2 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 7

On or about August 10, 2017, at or near Phoenix, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that

1  is, approximately 649.9 grams of methamphetamine, a Schedule II controlled substance;
2  in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 8

On or about August 24, 2017, at or near Phoenix, in the District of Arizona, ▮▮▮▮▮▮ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 64.9 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT 9

On or about August 24, 2017, at or near Phoenix, in the District of Arizona, ▮▮▮▮▮▮ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 1,668.3 grams of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 10

On or about September 2, 2017, at or near Nogales, in the District of Arizona, ▮▮▮▮▮▮ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 8.3 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 11

On or about September 19, 2017, at or near Phoenix, in the District of Arizona, ▮▮▮▮▮▮ and **Gladys Yolanda Martinez**, did knowingly and intentionally possess with intent to distribute 40 grams or

more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 166.1 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT 12

On or about January 12, 2018, at or near Tucson, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and **Yesica Alvarez-Castillo**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 1 kilogram of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 13

On or about March 15, 2018, at or near Tucson, in the District of Arizona, **Yesica Alvarez-Castillo** did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 1.3 kilograms of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

### COUNT 14

On or about August 5, 2016, at or near Tucson, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 1.043 kilograms of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

### COUNT 15

On or about August 5, 2016, at or near Tucson, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, that is, approximately 7.3 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL

/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

Dated: AUG 0 8 2018

**REDACTED FOR PUBLIC DISCLOSURE**