# ATTACHMENT "A"

```
 1  ELIZABETH A. STRANGE                                FILED
    First Assistant U.S. Attorney
 2  District of Arizona                              2018 AUG -8  PM 4: 25
    CHRISTINA M. VEJAR
 3  Assistant U.S. Attorney                          CLERK US DISTRICT COURT
    State Bar No. 024795                               DISTRICT OF ARIZONA
 4  United States Courthouse
    405 W. Congress Street, Suite 4800
 5  Tucson, Arizona 85701
    Telephone: 520-620-7300
 6  Email: christina.vejar@usdoj.gov
    Attorneys for Plaintiff
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                      FOR THE DISTRICT OF ARIZONA
 9
                                    CR 18 - 1583 TUC JGZ(BGM)
10  United States of America,
11                                        I N D I C T M E N T
             Plaintiff,
12                                  VIO: 21 U.S.C. § 846
                                         (Conspiracy to Possess with Intent to
13     vs.                               Distribute Methamphetamine and
                                         Fentanyl)
14                                       Count 1
    1. [REDACTED]
15                                       21 U.S.C. §§ 841(a)(1) and
                                         841(b)(1)(B)(vi)
16  2. [REDACTED]                        (Possession with Intent to Distribute
                                         Fentanyl)
17                                       Counts 4, 6, 8, 11
    3. Nestor Javier Padilla,
18     Counts 1, 4-9, 11                 21 U.S.C. §§ 841(a)(1) and
                                         841(b)(1)(C)
19  4. Gladys Yolanda Martinez,          (Possession with Intent to Distribute
       Counts 1, 3, 11                   Fentanyl)
20                                       Counts 2-3
    5. [REDACTED]
21                                       21 U.S.C. §§ 841(a)(1) and
                                         841(b)(1)(A)(viii)
22  6. Yesica Alvarez-Castillo,          (Possession with Intent to Distribute
       Counts 1, 12, 13                  Methamphetamine)
23                                       Counts 5, 7, 9, 10, 12, 15

24                                       21 U.S.C. §§ 841(a)(1) and
                                         841(b)(1)(A)(i)
25           Defendants.                 (Possession with Intent to Distribute
                                         Heroin)
26                                       Count 13, 14
27
28                                              SEALED
```

1  **THE GRAND JURY CHARGES:**

2  **COUNT 1**

3  Beginning at a time unknown, to on or about January 9, 2018, at or near Tucson, Nogales and Phoenix, in the District of Arizona, ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ **Nestor Javier Padilla, Gladys Yolanda Martinez,** ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ and **Yesica Alvarez-Castillo** did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about June 7, 2017, at or near Tucson, in the District of Arizona, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 3**

On or about June 14, 2017, at or near Phoenix, in the District of Arizona, ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and **Gladys Yolanda Martinez,** did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about June 21, 2017, at or near Phoenix, in the District of Arizona, ▅▅▅▅ ▅▅▅▅▅▅▅▅▅▅▅ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 75.5 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 5

On or about June 21, 2017, at or near Phoenix, in the District of Arizona, ▅▅▅▅ ▅▅▅▅▅▅▅▅▅▅▅ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 55 grams of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT 6

On or about August 10, 2017, at or near Phoenix, in the District of Arizona, ▅▅▅▅ ▅▅▅▅▅▅▅▅▅▅▅ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 101.2 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 7

On or about August 10, 2017, at or near Phoenix, in the District of Arizona, ▅▅▅▅ ▅▅▅▅▅▅▅▅▅▅▅ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that

is, approximately 649.9 grams of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 8

On or about August 24, 2017, at or near Phoenix, in the District of Arizona, ███ ███████████ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 64.9 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT 9

On or about August 24, 2017, at or near Phoenix, in the District of Arizona, ███ ███████████ and **Nestor Javier Padilla** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 1,668.3 grams of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 10

On or about September 2, 2017, at or near Nogales, in the District of Arizona, ███ ███████████ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 8.3 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 11

On or about September 19, 2017, at or near Phoenix, in the District of Arizona, ███████████████████████████ and **Gladys Yolanda Martinez,** did knowingly and intentionally possess with intent to distribute 40 grams or

more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 166.1 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT 12

On or about January 12, 2018, at or near Tucson, in the District of Arizona, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and **Yesica Alvarez-Castillo**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 1 kilogram of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 13

On or about March 15, 2018, at or near Tucson, in the District of Arizona, **Yesica Alvarez-Castillo** did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 1.3 kilograms of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

### COUNT 14

On or about August 5, 2016, at or near Tucson, in the District of Arizona, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 1.043 kilograms of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

### COUNT 15

On or about August 5, 2016, at or near Tucson, in the District of Arizona, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, that is, approximately 7.3 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL

/ S /

Presiding Juror

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

Dated: AUG 0 8 2018

**REDACTED FOR PUBLIC DISCLOSURE**

*United States of America v.* ▮
*Indictment Page 6 of 6*